UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 22-07696-SVW (AS) | Date | November 15, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE PLAINITFF'S FAILURE TO FILE OPPOSITION TO MOTION TO DISMISS**

On August 21, 2023, Plaintiff Zhoie Perez, a California resident proceeding *pro se*, filed a Third Amended Complaint pursuant to 42 U.S.C. Section 1983. (Dkt. No. 35). On October 6, 2023, Defendants County of Los Angeles, Deputy Garcia, and Deputy Del Valle filed a motion to dismiss the Third Amended Complaint. (Dkt. No. 50). On October 10, 2023, The Court issued an Order directing Plaintiff to file a response to the motion to dismiss no later than November 6, 2023. (Dkt. No. 51). Plaintiff was warned that her failure to timely file an opposition or statement of no opposition may be deemed as consent to the granting of the motion pursuant to Local Rule 7-12. Id.

To date, Plaintiff has failed to file a response to the motion to dismiss. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **November 29, 2023**, why this action should not be dismissed with prejudice for failure to abide by court orders. This Order will be discharged upon the filing of an opposition to the motion to dismiss in compliance with the Court's October 10, 2023 Order, (a copy of which is attached), or a statement of no opposition to the motion to dismiss.

**If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-07696-SVW (AS) | Date | November 15, 2023 |
|---|---|---|---|
| Title | *Zhoie Perez v. County of Los Angeles, et al.* | | |

**IT IS SO ORDERED.**

cc: Stephen V. Wilson
United States District Judge

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |