# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHOIE PEREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et, al.,<br><br>　　　　　　Defendants. | Case No. CV 22-7696-SVW (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge.  After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.  In sum, Defendants' Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

1      **IT IS ORDERED** that (1) the County Defendants' motion to strike
2 Exhibits A through L from the Third Amended Complaint is GRANTED,
3 and Exhibit M from the Third Amended Complaint is also stricken;
4 (2) the County Defendants' motion to Dismiss is GRANTED IN PART
5 and DENIED IN PART as follows: the official capacity claims against
6 the Deputies and Doe Defendants are dismissed without leave to
7 amend; Claims Three and Four and Plaintiff's Monell claims against
8 the County are dismissed with leave to amend; and the motion to
9 dismiss Claims One and Two is denied.
10
11      Plaintiff may file a Fourth Amended Complaint consistent with
12 the Report and Recommendation of United States Magistrate Judge no
13 later than thirty (30) days from the date of this Order. Plaintiff
14 is cautioned that any Amended Complaint must be complete in itself
15 without reference to any prior complaint or any other document,
16 and may not add any new claims or new defendants without prior
17 leave of the Court.
18
19      If Plaintiff does not file a Fourth Amended Complaint within
20 thirty (30) days of the date of this Order, Claims Three and Four
21 and Plaintiff's Monell claims against the County will be dismissed
22 with prejudice.
23
24 \\
25
26 \\
27
28 \\

2

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: July 1, 2024

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

3