UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-07696-SVW (AS) | Date | January 2, 2025 |
|---|---|---|---|
| Title | *Zhoie Perez v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE PLAINITFF'S FAILURE TO FILE CASE MANAGEMENT REPORT**

On September 24, 2024, the Court issued an Order re Scheduling in Civil Rights Case directing the parties to file a case management report no later than December 23, 2024. (Dkt. No. 62). On December 23, 2024, Defendants filed a case management report in compliance with the Court's Order. (Dkt. No. 63). Plaintiff has failed to comply with the Cour's Order or otherwise communicate with the Court regarding her failure to do so.

Accordingly, Plaintiff is <u>ORDERED TO SHOW CAUSE, in writing, no later than January 16, 2025</u>, why this action should not be dismissed with prejudice for failure to abide by court orders. This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's September 24, 2024 Order (Dkt. No. 62), or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a case management report.

If Plaintiff no longer wishes to pursue this action, Plaintiff may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 22-07696-SVW (AS) | Date | January 2, 2025 |
|---|---|---|---|
| Title | *Zhoie Perez v. County of Los Angeles, et al.* | | |

cc: Stephen V. Wilson
   United States District Judge

|  |  |  | 0 | : | 00 |
|---|---|---|---|---|---|
|  |  | Initials of Preparer | AF | | |